UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED - GR
05 FEB 28 PM 1:37
CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT MICH
BY:___

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FIVE CAP, INC.<br><br>　　　　Defendant. | CASE NO. 1:05CV0153<br><br>HONORABLE David W. McKeague<br>U.S. District Judge<br><br>COMPLAINT AND JURY TRIAL DEMAND |

## NATURE OF THE ACTION

This is an action under Title I of the Americans with Disabilities Act of 1990 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of disability and to make whole Cheryl Ann McInnis-Smith ("Smith"). The Equal Employment Opportunity Commission ("Commission") alleges that Five Cap, Inc., Defendant, refused to allow Smith to return to work following a medical leave of absence because of her disability.

## JURISDICTION AND VENUE

1.　Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 107(a) of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12117(a), which incorporate by reference Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. §§ 2000e-5(f)(1) and (3), and pursuant to Section 102 of the Civil Rights Act of 1991, as amended, 42 U.S.C. § 1981a.

2.　The employment practices hereafter alleged to be unlawful were committed in the

Western District of Michigan.

## PARTIES

3.  Plaintiff, Equal Employment Opportunity Commission (the "Commission"), is an agency of the United States of America charged with the administration, interpretation, and enforcement of Title I of the ADA and is expressly authorized to bring this action by Section 107(a) and Section 503(c) of the ADA, 42 U.S.C. § 12117(a) and § 12203(c), which incorporate by reference Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. § U.S.C. § 2000e-5(f)(1) and (3).

4.  At all relevant times, the Defendant (the "Employer"), has been doing business in the State of Michigan, and has continuously had at least (15) employees.

5.  At all relevant times the Defendant Employer has continuously been engaged in an industry affecting commerce within the meaning of Section 101(5) of the ADA, 42 U.S.C. § 12111(5), and Section 101(7) of the ADA, 42 U.S.C. § 12111(7), which incorporates by reference Sections 701(g) and (h) of Title VII, 42 U.S.C. § 2000e(g) and (h).

6.  At all relevant times, the Defendant Employer has been a covered entity under Section 101(2) of the ADA, 42 U.S.C. § 12111(2).

## STATEMENT OF CLAIMS

7.  More than thirty (30) days prior to the institution of this lawsuit, Smith filed a charge with the Commission alleging violations of Title I of the ADA by the Defendant Employer. All conditions precedent to the institution of this lawsuit have been fulfilled.

8.  Beginning on or about March 31, 2003, the Defendant Employer engaged in unlawful employment practices in violation of Section 102(a) of the ADA, 42 U.S.C. § 12112(a). These practices include Defendant's refusal to allow Smith to return to work following a medical leave of

absence for medical treatment, insisting that Smith could return only after all medical treatment was completed, and refusing to allow Smith to return to her former position or a comparable position after she completed all medical treatment. Smith is a qualified individual who was and is able, with or without a reasonable accommodation, to perform the essential functions of her job.

9. The effect of the above-mentioned, unlawful employment practices have been to deprive Smith of equal employment opportunities and otherwise adversely affect her status as an employee because of her disability.

10. The above-mentioned, unlawful employment practices were intentional.

11. The above-mentioned, unlawful employment practices caused Smith emotional pain, suffering, inconvenience, mental anguish, and loss of enjoyment of life.

12. The above-mentioned, unlawful employment practices were done with malice or with reckless indifference to the federally protected rights of Smith.

## PRAYER FOR RELIEF

WHEREFORE, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining the Defendant Employer, its officers, successors, assigns, and all persons in active concert or participation with it from engaging in any unlawful employment practice which discriminates on the basis of disability;

B. Order the Defendant Employer to institute and carry out policies, practices, and programs which provide equal employment opportunities for individuals with disabilities, and which eradicate the effects of its past and present unlawful employment practices;

C. Order the Defendant Employer to make whole Smith by providing her with appropriate lost earnings and benefits, with prejudgement interest, in amounts to be proven

at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices including, but not limited to, re-hiring Smith to the position which she sought with pay and benefits equal to that which she would have attained had she been originally hired;

D. Order Defendant to provide mandatory training regarding the American with Disabilities Act and its prohibition against disability discrimination to all management and non-management employees.

E. Order the Defendant to pay Smith compensatory damages;

F. Order the Defendant to pay Smith punitive damages;

G. Grant the Commission its costs in this action; and

H. Grant such further relief as the Court deems necessary and proper.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

ERIC S. DREIBAND
General Counsel

JAMES LEE
Deputy General Counsel

Dated: February 25, 2005

ADELE RAPPORT (P44833)
Regional Attorney

ROBERT K. DAWKINS (P38289)
Supervisory Trial Attorney

TRINA R. MENGESHA (P59458)
Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
DETROIT DISTRICT OFFICE
Patrick V. McNamara Federal Building
477 Michigan Avenue, Room 865
Detroit, MI 48226
(313) 226-4620